UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK KING,

    Plaintiff,

                                              Case No. 25-10277

v.

                                              District Judge F. Kay Behm

KELLY JEX, *et al.*,                         Magistrate Judge Kimberly G. Altman

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 28, 2025, Magistrate Judge Kimberly G. Altman issued a report and recommendation proposing that the court grant Plaintiff's motion to amend his complaint and deny Defendants' motion to dismiss as moot. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

2

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Altman's analysis and conclusions.

Therefore, it is **ORDERED** that Magistrate Judge Altman's report and recommendation (ECF No. 18) is **ACCEPTED** and **ADOPTED** as the order of the court.

It is further **ORDERED** that Defendants' motion to dismiss (ECF No. 12) is **DENIED AS MOOT** and Plaintiff's motion to amend complaint (ECF No. 15) is **GRANTED**.

**SO ORDERED.**

Dated: May 20, 2025               s/F. Kay Behm
                                  F. Kay Behm
                                  United States District Judge